# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 07-5174                                            September Term 2008

01cv00731

**Filed On:** August 3, 2009

El-Shifa Pharmaceutical Industries Company
and Salah El Din Ahmed Mohammed Idris,

      Appellants

      v.

United States of America,

      Appellee

**BEFORE:**    Sentelle, Chief Judge, and Ginsburg, Henderson, Rogers, Tatel, Garland, Brown, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of appellants' petition for rehearing en banc, the response thereto, and the vote in favor of the petition by a majority of the judges eligible to participate, it is

**ORDERED** that the petition be granted.  The case will be reheard by the court sitting en banc.  It is

**FURTHER ORDERED** that the court's March 27, 2009 judgment be vacated.  It is

**FURTHER ORDERED** that oral argument before the en banc court will be heard at 9:30 a.m. on Wednesday, December 16, 2009.  It is

**FURTHER ORDERED** that the parties submit 20 copies each of briefs and the appendix in accordance with the following schedule:

      Brief for Appellants      September 21, 2009

      Appendix      September 21, 2009

      Brief for Appellee      October 21, 2009

      Reply Brief for Appellant      November 4, 2009

# United States Court of Appeals

_____

**No. 07-5174**                                     **September Term 2008**


Because the briefing schedule is keyed to the date of argument, the court will grant requests for extension of time limits only for extraordinarily compelling reasons. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).


**Per Curiam**


                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                              BY:     /s/
                                        Michael C. McGrail
                                        Deputy Clerk